**2001–2192.   Ruth v. Moncrief.**

Montgomery App. No. 18479, 2001-Ohio-1709. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellants' application for dismissal with appellees' agreement,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *02/11/2003 Case Announcements,* 2003-Ohio-623.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 11, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–2130.   State v. McKnight.**

Vinton C.P. No. 01CR7230. This cause is pending before the court as an appeal from the Court of Common Pleas of Vinton County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to May 12, 2003.

[Cite as *02/13/2003 Case Announcements,* 2003-Ohio-651.]

*February 13, 2003*

## MOTION AND PROCEDURAL RULINGS

**1998–1209.   State v. Sanders.**

Hamilton App. No. C–960253. On September 28, 2001, this court stayed the execution of sentence in this cause pending the timely filing and disposition of appellant's appeal to the Supreme Court of the United States. It appearing to the court that all matters have since been disposed of in case No. 1998–1209, appellant's direct appeal of his conviction, and in case No. 2002–1846, appellant's post-conviction appeal,

IT IS ORDERED by the court, sua sponte, that the stay of execution entered in this cause on September 28, 2001, be and hereby is, revoked.

IT IS FURTHER ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 13th day of May, 2003, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.